CLAIRE SIMMONDS, Appellant, *v.* MARTIN L. SOWERS et al., Respondents.

CLAIRE SIMMONDS, Appellant, *v.* MARTIN L. SOWERS, Respondent.

Argued January 3, 1939; decided January 10, 1939.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero* and *Paxton Blair* of counsel), and *Reuben Lozner* for motions to dismiss appeal and in opposition to cross-motion for leave to appeal.

*Claire Simmonds,* in person, in opposition to motions to dismiss appeal and for cross-motion for leave to appeal.

Motions to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.

Motion for leave to appeal granted.